# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIGO CAISAGUANO CHOCO,<br><br>Petitioner,<br><br>v.<br><br>TODD LYONS, et al.,<br><br>Respondents. | Case No. 1:26-cv-01962-JLT-EPG-HC<br><br>ORDER VACATING ORDER TO RESPOND AND BRIEFING SCHEDULE<br><br>(ECF No. 7) |

On March 11, 2026, Petitioner, represented by counsel, filed a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) On March 12, 2026, the Court issued an order for Respondent to file a response to the petition and setting a briefing schedule. (ECF No. 7.) Thereafter, Petitioner filed a motion for temporary restraining order ("TRO"), (ECF No. 8), and the assigned district judge set a briefing schedule on the motion for TRO, (ECF No. 9).

Accordingly, the Court HEREBY VACATES the March 12, 2026 order to respond and briefing schedule (ECF No. 7).

IT IS SO ORDERED.

Dated:   **March 13, 2026**                  /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE